IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

JEAN RIDGE,                                    )
                                               )
              Plaintiff,                        )       TC-MD 111133D
                                               )
       v.                                      )
                                               )
MULTNOMAH COUNTY ASSESSOR,                      )
                                               )
              Defendant,                        )
                                               )
       and                                     )
                                               )
DEPARTMENT OF REVENUE,                          )
State of Oregon,                               )
                                               )
              Defendant-Intervenor.            )       **DECISION OF DISMISSAL**

       This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

       A case management conference was scheduled at 3:00 p.m. on July 30, 2012, to consider

Plaintiff's appeal.  On July 11, 2012, the court sent notice of the scheduled case management

conference to Plaintiff via email, using the email address Plaintiff provided to the court.  The

notice was not returned as undeliverable.  The notice advised that if Plaintiff did not appear, the

court might dismiss the appeal.

       On July 30, 2012, the court sent Plaintiff a letter which explained the importance of

diligently pursuing an appeal.  That letter was not returned as undeliverable.  The letter advised

that if Plaintiff did not provide a written explanation by August 13, 2012, for her failure to

appear, the court would dismiss the appeal.  As of this date, Plaintiff has not submitted a written

response to the court explaining her failure to appear at the July 30, 2012, case management

/ / /

conference. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of August 2012.

JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on August 14, 2012. The Court filed and entered this document on August 14, 2012.*